McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 1:06MJ00089 LJO |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL OF |
| | ) | COMPLAINT |
| v. | ) | |
| | ) | |
| MIGUEL ROJAS-GOMEZ | ) | |
| aka Albert Anthony Varela, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court has received and reviewed the "Motion For Dismissal of Complaint." Pursuant to the request under Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the complaint against Miguel Rojas-Gomez be dismissed in the interests of justice.

IT IS SO ORDERED.

Dated:   April 11, 2007                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE